IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAWN BRAUER,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Defendant.

No. C 12-02731 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks defendant for its notice that the parties have reached a settlement but cautions that all deadlines remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: December 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE